WILLIAM E. HANNA, Respondent, *v.* S. JENNIE SORG, Appellant.

*Hanna* v. *Sorg*, 137 App. Div. 889, affirmed.
(Argued October 26, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

*Charles A. Boston* and *James Allison Kelly* for appellant.

*Norman B. Beecher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.